**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | 25-42991-ess & 25-42992 |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apartments LLC 2563 Collection Center Drive Chicago, IL 60693 | | | | | | $28,450.00 |
| City of Houston Water PO Box 21042 Houston, TX 77035 | | | | | | $180,710.17 |
| Fannie Mae Reed Smith LLP 599 Lexington Avenue, 22 FL New York, NY 10022 | apiccione@reedsmith.com | | Disputed | $37,100,000.00 | $0.00 | $37,100,000.00 |
| Flooring Warehouse P.O. Box 200806 Austin, TX 78720 | | | | | | $22,137.55 |
| Four Star Builders 3616 Far W. Blvd #117-176 Austin, TX 78731 | | | | | | $159,418.93 |
| Heritage Equity Management 528 Prospect St East Orange, NJ 07017 | | | | | | $148,194.19 |
| Houston Colors Painting & Resurfacing Co 4810 Westway Park Blvd. Houston, TX 77508 | | | Disputed | | | $45,860.40 |
| HRQ Plumbing 10023 Tanner Road Houston, TX 77041 | | | Disputed | | | $45,122.49 |

Debtor Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC    Case number *(if known)*    25-42991-ess & 25-42992
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JEMMS Carpet Cleaning and Multi Service 7806 Candlegreen Ln Houston, TX 77071 | | | | | | $20,162.04 |
| Mr Clean Carpet Cleaning 1200 Clay Street Houston, TX 77002 | | | Disputed | | | $55,249.08 |
| Mueller Water Conditioning, Inc. Po Box 650998 Dallas, TX 75265 | | | | | | $26,764.80 |
| NRG Business P.O. Box 1532 Houston, TX 77251 | | | | | | $43,358.32 |
| Pleitez Carpet Cleaning 1226 Beaufort Sea Dr Houston, TX 77067 | | | Disputed | | | $125,465.87 |
| Premiere Contracting Services 602 Texas Parkway Missouri City, TX 77489 | | | Disputed | | | $116,395.00 |
| Redi Carpet 10101 Fountaingate Drive Stafford, TX 77477 | | | Disputed | | | $29,952.63 |
| Reliant Energy PO BOX 650475 Dallas, TX 75265 | | | | | | $209,302.49 |
| ResMan PO Box 4687 Logan, UT 84323 | | | | | | $28,165.17 |
| SWA Construction LLC 712 Main St. Floor 6. Houston, TX 77002 | | | | | | $183,673.75 |
| Texas Rent Relief 2401 E 6th Street. Ste 3037. PMB 153 Austin, TX 78702 | | | | | | $118,540.00 |
| Texpo Energy 5773 WOODWAY DR #311 Houston, TX 77057 | | | | | | $20,237.54 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK Case number (if

known)    25-42991-ess & 25-42992

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 9, 2025      **X** /s/ Baruch Teitelbaum
                                     Signature of individual signing on behalf of debtor

                                     Baruch Teitelbaum
                                     Printed name

                                     Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td>25-42991-ess & 25-42992</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____44,000,000.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ _____54,268.03_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ _____44,054,268.03_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ _____37,100,000.00_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____0.00_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____1,845,598.04_

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b

   $ ____38,945,598.04_

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC | |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK | |
| Case number (if known)    25-42991 & 25-42992 | ☐ Check if this is an amended filing |

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Chase Bank | Checking | 8392 | $1,503.55 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $1,503.55

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 43,764.48 | - | 0.00 | = .... | $43,764.48 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    <u>Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC</u>    Case number *(If known)* _25-42991 & 25-42992_
      Name

| 12. | **Total of Part 3.** | | $43,764.48 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Maintenance Supplies | | $0.00 | | $2,500.00 |

| 23. | **Total of Part 5.** | | $2,500.00 |
|---|---|---|---|
| | Add lines 19 through 22.   Copy the total to line 84. | | |

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. **Office furniture** desk and chairs | | $0.00 | | $1,500.00 |

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

Debtor

Name

Case number (If known)    _25-42991 & 25-42992_

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| | office fixtures | $0.00 | | $1,000.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$2,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| printer | $0.00 | | $4,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$4,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

Case number *(if known)*  25-42991 & 25-42992

Name

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 2023 Bissonnet St.<br>Houston, TX 77099 | Fee Simple | Unknown | | $44,000,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$44,000,000.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>https://www.huntingtonglentx.com | $0.00 | | $0.00 |
| **62.** **Licenses, franchises, and royalties**<br>TAA-Texas Apartment Association | $0.00 | | $0.00 |
| **63.** **Customer lists, mailing lists, or other compilations**<br>Debtor maintains a comprehensive rent rolls detailing all current and former tenants | $0.00 | | $0.00 |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

Debtor            Case number *(If known)*  25-42991 & 25-42992

       Name

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC | Case number *(if known)* | 25-42991 & 25-42992 |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,503.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $43,764.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $44,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $54,268.03 | + 91b. $44,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $44,054,268.03 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-42991 & 25-42992

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 Fannie Mae | Describe debtor's property that is subject to a lien | $37,100,000.00 | $0.00 |
| Creditor's Name Reed Smith LLP 599 Lexington Avenue, 22 FL | | | |
| New York, NY 10022 | Describe the lien | | |
| Creditor's mailing address | | | |
| | **Is the creditor an insider or related party?** | | |
| apiccione@reedsmith.com | ☒ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ☒ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☒ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $37,100,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td>25-42991 & 25-42992</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>AAA Plumbers<br>PO Box 40291<br>Houston, TX 77240 | $9,339.66 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | |

| | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

|  |  | Amount of claim |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address**<br>All-Tex Boiler & Plumbing LLC<br>10635 Tower Oaks. Suite I<br>Houston, TX 77070 | $3,253.75 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

|  |  | Amount of claim |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address**<br>AMS Billing.com<br>P.O. Box 737943<br>Dallas, TX 75373 | $12,717.12 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

|  |  | Amount of claim |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Apartment List, Inc.<br>PO BOX 737097<br>Dallas, TX | $2,548.00 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

|  |  | Amount of claim |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Apartment Mailbox King<br>PO BOX 231253<br>Houston, TX 77223 | $875.00 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

| Debtor | | Case number (if known) | 225-42991 & 25-42992 |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,450.00 |
|---|---|---|---|

Apartments LLC
2563 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $723.79 |
|---|---|---|---|

Apple Termite and Pest Control, Inc
841 West 20th Street
Houston, TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $337.00 |
|---|---|---|---|

Aztec Fire Extinguisher
P.O. Box 10818
Houston, TX 77206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,827.14 |
|---|---|---|---|

B&B Iron Works LLC
11211b Caribbean Lane
Houston, TX 77089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,108.89 |
|---|---|---|---|

Banana Landscaping
1600 Eldridge Pkwy Apt 808
Houston, TX 77077

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $180,710.17 |
|---|---|---|---|

City of Houston Water
PO Box 21042
Houston, TX 77035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,751.24 |
|---|---|---|---|

Computerguru
19 Dinev Road #302
Monroe, NY 10950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,595.66 |
|---|---|---|---|

ConService LLC.
P.O. Box 1500
Hemet, CA 92546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

| Debtor | | Case number (if known) | 25-42991 & 25-42992 |
|---|---|---|---|
| | Name | | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,276.86 |
|---|---|---|---|

CONSOLIDATED DISTRIBUTORS, INC
4880 Gulf Fwy
Houston, TX 77023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.62 |
|---|---|---|---|

CSC Service Works
PO Box 888123
Los Angeles, CA 90088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $515.98 |
|---|---|---|---|

Daikin
P.O. Box 660503
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,914.41 |
|---|---|---|---|

Dixie Carpet Installations, Inc.
13450 S Gessner Road
Missouri City, TX 77489

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,137.55 |
|---|---|---|---|

Flooring Warehouse
P.O. Box 200806
Austin, TX 78720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159,418.93 |
|---|---|---|---|

Four Star Builders
3616 Far W. Blvd #117-176
Austin, TX 78731

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,955.88 |
|---|---|---|---|

G.O. Plumbing Services, Inc.
13602 Luthe St.
Houston, TX 77039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $283.92 |
|---|---|---|---|

Grace Hill
4545 Fuller Drive, Suite 406
Irving, TX 75038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

| Debtor | | Case number (if known) | 25-42991-ess |
|---|---|---|---|

_Name_

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $936.98 |
|---|---|---|---|
| | Great American Business Products | | |
| | P.O. Box 4422 | ☐ Contingent | |
| | Houston, TX 77210 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $559.27 |
|---|---|---|---|
| | HandyTrac Systems, LLC | | |
| | 510 Staghorn Court | ☐ Contingent | |
| | Alpharetta, GA 30004 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $148,194.19 |
|---|---|---|---|
| | Heritage Equity Management | | |
| | 528 Prospect St | ☐ Contingent | |
| | East Orange, NJ 07017 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $665.80 |
|---|---|---|---|
| | Houston Apartment Association | | |
| | 4810 Westway Park Blvd | ☐ Contingent | |
| | Houston, TX 77041 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $45,860.40 |
|---|---|---|---|
| | Houston Colors Painting & Resurfacing Co | | |
| | 4810 Westway Park Blvd. | ☐ Contingent | |
| | Houston, TX 77508 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $45,122.49 |
|---|---|---|---|
| | HRQ Plumbing | | |
| | 10023 Tanner Road | ☐ Contingent | |
| | Houston, TX 77041 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $8,858.25 |
|---|---|---|---|
| | Impact Floors of TX, LLC | | |
| | 2325 E BELT LINE RD. SUITE 200 | ☐ Contingent | |
| | Carrollton, TX 75006 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $6,017.88 |
|---|---|---|---|
| | Inside Out Construction TX LLC | | |
| | PO BOX 840246 | ☐ Contingent | |
| | Houston, TX 77084 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

| Debtor | | Case number (if known) | 25-42991-ess |
|---|---|---|---|
| | Name | | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,951.76 |
|---|---|---|---|
| | InterSolutions, LLC<br>PO BOX 825965<br>Philadelphia, PA 19182 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,162.04 |
|---|---|---|---|
| | JEMMS Carpet Cleaning and Multi Service<br>7806 Candlegreen Ln<br>Houston, TX 77071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $775.55 |
|---|---|---|---|
| | Kings III of America, LLC<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,701.60 |
|---|---|---|---|
| | LM Lawns<br>715 N Gulf Blvd<br>Freeport, TX 77541 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,500.00 |
|---|---|---|---|
| | LOCAL IQ<br>P.O. Box 632039<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,073.05 |
|---|---|---|---|
| | Lowe's Pro Supply<br>6910 Brasada Drive<br>Houston, TX 77085 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,249.08 |
|---|---|---|---|
| | Mr Clean Carpet Cleaning<br>1200 Clay Street<br>Houston, TX 77002 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,764.80 |
|---|---|---|---|
| | Mueller Water Conditioning, Inc.<br>Po Box 650998<br>Dallas, TX 75265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<u>Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC</u>

| Debtor | | Case number (if known) | 25-42991-ess |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,395.00 |
|---|---|---|---|

Multicolors Painting
P.O. Box 770154
Houston, TX 77215

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $784.36 |
|---|---|---|---|

Nationwide Eviction
309 E. Morehead St. STE 150
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43,358.32 |
|---|---|---|---|

NRG Business
P.O. Box 1532
Houston, TX 77251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,017.39 |
|---|---|---|---|

Patrick O'Connor & Associates
Dept 523 P.O. Box 4458
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125,465.87 |
|---|---|---|---|

Pleitez Carpet Cleaning
1226 Beaufort Sea Dr
Houston, TX 77067

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $116,395.00 |
|---|---|---|---|

Premiere Contracting Services
602 Texas Parkway
Missouri City, TX 77489

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,403.23 |
|---|---|---|---|

Pro Energy Partners, LP
PO Box 169
Texas City, TX 77592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,485.50 |
|---|---|---|---|

Promax Carpet Care LLC.
9898 Almeda Genoa Rd.Unit # 752403
Houston, TX 77075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

| Debtor | | | Case number (if known) | 25-42991-ess |
|---|---|---|---|---|
| | Name | | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,680.04 |
|---|---|---|---|
| | Real Floors<br>560 Webb Industrial Drive<br>Marietta, GA 30062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,428.17 |
|---|---|---|---|
| | REALPAGE, INC.<br>PO Box 842899<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,952.63 |
|---|---|---|---|
| | Redi Carpet<br>10101 Fountaingate Drive<br>Stafford, TX 77477 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209,302.49 |
|---|---|---|---|
| | Reliant Energy<br>PO BOX 650475<br>Dallas, TX 75265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.76 |
|---|---|---|---|
| | Rentana Inc.<br>689 Carlston Ave<br>Oakland, CA 94610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,158.79 |
|---|---|---|---|
| | Republic Services #853<br>PO BOX 78829<br>Phoenix, AZ 85062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,165.17 |
|---|---|---|---|
| | ResMan<br>PO Box 4687<br>Logan, UT 84323 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.77 |
|---|---|---|---|
| | SafeRent Solutions<br>4600 Regent Blvd. Suite 150<br>Irving, TX 75063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

| Debtor | | Case number (if known) | 25-42991-ess |
|---|---|---|---|

| | Name | | |
|---|---|---|---|

**3.54**   **Nonpriority creditor's name and mailing address**
Sam's Landscaping Service
P.O. Box 8652
Houston, TX 77249

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$9,287.85

---

**3.55**   **Nonpriority creditor's name and mailing address**
Smart Office Automation
8316 Willow Place DR N BLD C1
Houston, TX 77070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$668.70

---

**3.56**   **Nonpriority creditor's name and mailing address**
Southcross Security Inc.
P.O. Box 742145
Houston, TX 77274

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$217.19

---

**3.57**   **Nonpriority creditor's name and mailing address**
Star Personnel
4606 FM 1960 Rd W Suite 310
Houston, TX 77069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$9,217.89

---

**3.58**   **Nonpriority creditor's name and mailing address**
Sunward Flag Company, LLC
7527 Convoy Ct
San Diego, CA 92111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$325.56

---

**3.59**   **Nonpriority creditor's name and mailing address**
SWA Construction LLC
712 Main St. Floor 6.
Houston, TX 77002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$183,673.75

---

**3.60**   **Nonpriority creditor's name and mailing address**
TAA Click & Lease, LLC
PO Box 2379
San Antonio, TX 78298

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,329.31

---

**3.61**   **Nonpriority creditor's name and mailing address**
Texas Apartment Supply, Inc.
36706 Howell Road
Hempstead, TX 77445

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,274.31

---

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

| Debtor | | Case number (if known) | 25-42991-ess |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,540.00 |
|---|---|---|---|

Texas Rent Relief
2401 E 6th Street. Ste 3037. PMB 153
Austin, TX 78702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,237.54 |
|---|---|---|---|

Texpo Energy
5773 WOODWAY DR #311
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,111.13 |
|---|---|---|---|

The Home Depot Pro-Multifamily
2455 Paces Ferry Road NW.
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,223.62 |
|---|---|---|---|

Valence Docs By Inhabit
P.O. Box 737940
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $451.63 |
|---|---|---|---|

Vector Savings Share Invoice
PO Box 845122
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,082.50 |
|---|---|---|---|

Virtual Leasing Systems
825 Town and Country Ln Ste
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $904.97 |
|---|---|---|---|

Voltex Security Systems
2855 Mangum Rd Suite A403
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,185.00 |
|---|---|---|---|

WS NATIONAL CONSTRUCTION SERVICES, LLC.
10421 Synott Road
Sugar Land, TX 77498

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

| Debtor | | Case number (if known) | 25-42991-ess |
|---|---|---|---|
| Name | | | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,603.89 |
|---|---|---|---|

Yep Energy
7660 Woodway Drive. Ste 471A.
Houston, TX 77063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,910.00 |
|---|---|---|---|

Zillow Group Inc
1301 2nd Avenue - 36th Floor
Seattle, WA 98101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 1,845,598.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,845,598.04 |

**Fill in this information to identify the case:**

Debtor name    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-42991-ess

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | All Tenant Rental Agreements with Arbor |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Copy Machine Contract |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Laundry Solution Lease |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Management Contract |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC  Case number *(if known)*  25-42991-ess
          First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Marketing License Agreement |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Marketing Subscription |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Security System Agreement |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Towing Service Contract |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Waste Removal Contract |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 2 of 2

**Fill in this information to identify the case:**

Debtor name    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-42991-ess

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Baruch Teitelbaum | 183 Wilson St. #358 Brooklyn, NY 11211 | Fannie Mae | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 Dr. Khaled Noor | 183 Wilson St., #358 Brooklyn, NY 11211 | Fannie Mae | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-42991-ess

☐ Check if this is an amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other | $208,000.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $3,700,000.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $3,500,000.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC | Case number *(if known)* | 25-42991-ess |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Fingercheck Payroll | | $129,996.65 | |
| 4.2. City of Houston | | $94,940.12 | |
| 4.3. Julio Lazaro Contractor | | $65,500.00 | |
| 4.4. Home Depot | | $35,425.31 | |
| 4.5. Mario Marroquin - Contracted Painting | | $31,136.00 | |
| 4.6. Flooring Warehouse | | $30,800.35 | |
| 4.7. Heritage Equity Management | | $30,259.29 | |
| 4.8. Chadwell Supply | | $30,162.53 | |
| 4.9. Kruas Lawfirm | | $29,000.00 | |
| 4.10. Resident Returns | | $26,588.86 | |
| 4.11. LM Lawns | | $24,132.38 | |
| 4.12. Antonio (Contractor) | | $21,060.00 | |
| 4.13. Asure Payroll Taxes | | $20,529.31 | |
| 4.14. Pro Energy Partners | | $16,327.89 | |
| 4.15. Century A/C | | $14,057.23 | |
| 4.16. Republic Services | | $12,894.52 | |
| 4.17. Resman | | $12,533.05 | |
| 4.18. Colliers International | | $12,200.00 | |
| 4.19. Angel Flores Morales | | $10,989.10 | |
| 4.20. Carlos Guadalupe | | $10,082.43 | |
| 4.21. Nord Construction | | $9,294.65 | |
| 4.22. Jorge Castillo | | $9,015.16 | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC    Case number *(if known)*  25-42991-ess

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.23. Local IQ | | $9,000.00 | |
| 4.24. G&G Steelworks | | $8,425.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. AAA PLUMBERS, INC. vs. HUNTINGTON GLEN SWNG TIC 1, LLC (Civ)<br>202522836-7 | Civil | Harris County 190th District Court<br>201 Caroline St 12th floor<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. DIXIE CARPET INSTALLATIONS INC vs. HUNTINGTON GLEN SWNG TIC 1 LLC (D/B/A HUNTINGTON GLEN APARTMENTS) (Civ)<br>202311523-7 | Civil | Harris County 190th District Court<br>201 Caroline St 12th floor<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. FANNIE MAE vs. HUNTINGTON GLEN SWNG TIC 1 LLC (Civ)<br>202512792-7 | Civil | Harris County 190th District Court<br>201 Caroline St 12th floor<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC | Case number *(if known)* | 25-42991-ess |
|---|---|---|---|

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | A.Y. Strauss LLC<br>290 W. Mount Pleasant Ave.<br>Suite 3260<br>Livingston, NJ 07039 | | 6/25/2025 | $50,000.00 |
| | Email or website address<br>https://www.aystrauss.com/ | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC | Case number *(if known)* | 25-42991-ess |
|---|---|---|---|

☐ Does not apply

|  | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 7600 Renwick Dr. Houston, TX 77081 | 12/01/2021 - 06/30/2022 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

  rent roll information on each tenant

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC | Case number *(if known)* | 25-42991-ess |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

---

Debtor    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC    Case number *(if known)*    25-42991-ess

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Heritage Equity Management LLC<br>Attn: Legal Department<br>528 Prospect Street<br><br>East Orange, NJ 07017 | 2023-2025 |
| 26a.2.    M. Kohn & Co.<br>21 Robert Pitt Dr.<br>Monsey, NY 10952 | 2023-2025 |
| 26a.3.    Saqif Noor<br>Nord Group LLC<br>183 Wilson St., STE 358<br>Brooklyn, NY 11211 | 2023-2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    M. Kohn & Co.<br>21 Robert Pitt Dr.<br>Monsey, NY 10952 | 2023-2025 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    Saqir Noor<br>Nord Group LLC<br>183 Wilson St., STE 358<br>Brooklyn, NY 11211 | 2023-2025 |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    Baruch Teitelbaum<br>Nord Group LLC<br>183 Wilson St., STE 358<br>Brooklyn, NY 11211 | 2023-2025 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Heritage Equity Management LLC<br>Attn: Legal Department<br>528 Prospect Street<br>East Orange, NJ 07017 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC    Case number *(if known)*    25-42991-ess

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.   Saqir Noor<br>Nord Group<br>183 Wilson St. STE 358<br>Brooklyn, NY 11211 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Fannie Mae<br>Reed Smith LLP<br>599 Lexington Avenue, 22 FL<br><br>New York, NY 10022 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Huntington Glen SWNG LLC | 183 St. STE 358<br>Brooklyn, NY 11211 | sole member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MD Khaled Noor | 183 Wilson St. STE 358<br>Brooklyn, NY 11211 | Managing member of Huntington Glen SWNG GP LLC, Managing member of Huntington Glen LP SWNG LLC | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Baruch Teitelbaum | 183 Wilson St STE 358<br>Brooklyn, NY 11211 | Managing member of Huntington Glen SWNG GP LLC, Managing member of Huntington Glen LP SWNG LLC | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC    Case number *(if known)*   25-42991-ess

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 9, 2025

/s/ Baruch Teitelbaum                   Baruch Teitelbaum
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of New York

In re   Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC     Case No.   25-42991-ess & 25-42992

Debtor(s)     Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Huntington Glen SWNG LLC<br>183 Wilson St. STE 358<br>Brooklyn, NY 11211 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 9, 2025      Signature   /s/ Baruch Teitelbaum

Baruch Teitelbaum

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re    Huntington Glen Swng TIC 1 LLC & Huntington Glen Swng TIC 2 LLC      Case No.    25-42991-ess & 25-42992
                                         Debtor(s)                          Chapter     11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    July 9, 2025                              /s/ Baruch Teitelbaum
                                                   Baruch Teitelbaum/
                                                   Signer/Title

Date:    July 9, 2025                              /s/ Lous Diaz
                                                   Signature of Attorney
                                                   Lous Diaz
                                                   A.Y. Strauss, Attorneys at Law
                                                   2 University Plaza
                                                   Suite 100
                                                   Hackensack, NJ 07601
                                                   Fax:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

AAA Plumbers
PO Box 40291
Houston, TX 77240


All Tenant Rental Agreements with Arbor


All-Tex Boiler & Plumbing LLC
10635 Tower Oaks. Suite I
Houston, TX 77070


AMS Billing.com
P.O. Box 737943
Dallas, TX 75373


Apartment List, Inc.
PO BOX 737097
Dallas, TX


Apartment Mailbox King
PO BOX 231253
Houston, TX 77223


Apartments LLC
2563 Collection Center Drive
Chicago, IL 60693


Apple Termite and Pest Control, Inc
841 West 20th Street
Houston, TX 77008


Aztec Fire Extinguisher
P.O. Box 10818
Houston, TX 77206


B&B Iron Works LLC
11211b Caribbean Lane
Houston, TX 77089


Banana Landscaping
1600 Eldridge Pkwy Apt 808
Houston, TX 77077


Baruch Teitelbaum
183 Wilson St. #358
Brooklyn, NY 11211


City of Houston Water
PO Box 21042
Houston, TX 77035


Computerguru
19 Dinev Road #302
Monroe, NY 10950

ConService LLC.
P.O. Box 1500
Hemet, CA 92546


CONSOLIDATED DISTRIBUTORS, INC
4880 Gulf Fwy
Houston, TX 77023


Copy Machine Contract


CSC Service Works
PO Box 888123
Los Angeles, CA 90088


Daikin
P.O. Box 660503
Dallas, TX 75266


Dixie Carpet Installations, Inc.
13450 S Gessner Road
Missouri City, TX 77489


Dr. Khaled Noor
183 Wilson St., #358
Brooklyn, NY 11211


Fannie Mae
Reed Smith LLP
599 Lexington Avenue, 22 FL
New York, NY 10022


Flooring Warehouse
P.O. Box 200806
Austin, TX 78720


Four Star Builders
3616 Far W. Blvd #117-176
Austin, TX 78731


G.O. Plumbing Services, Inc.
13602 Luthe St.
Houston, TX 77039


Grace Hill
4545 Fuller Drive, Suite 406
Irving, TX 75038


Great American Business Products
P.O. Box 4422
Houston, TX 77210


HandyTrac Systems, LLC
510 Staghorn Court
Alpharetta, GA 30004

Heritage Equity Management
528 Prospect St
East Orange, NJ 07017


Houston Apartment Association
4810 Westway Park Blvd
Houston, TX 77041


Houston Colors Painting & Resurfacing Co
4810 Westway Park Blvd.
Houston, TX 77508


HRQ Plumbing
10023 Tanner Road
Houston, TX 77041


Impact Floors of TX, LLC
2325 E BELT LINE RD. SUITE 200
Carrollton, TX 75006


Inside Out Construction TX LLC
PO BOX 840246
Houston, TX 77084


InterSolutions, LLC
PO BOX 825965
Philadelphia, PA 19182


JEMMS Carpet Cleaning and Multi Service
7806 Candlegreen Ln
Houston, TX 77071


Kings III of America, LLC
751 Canyon Drive Suite 100
Coppell, TX 75019


Laundry Solution Lease


LM Lawns
715 N Gulf Blvd
Freeport, TX 77541


LOCAL IQ
P.O. Box 632039
Cincinnati, OH 45263


Lowe's Pro Supply
6910 Brasada Drive
Houston, TX 77085


Management Contract


Marketing License Agreement

Marketing Subscription


Mr Clean Carpet Cleaning
1200 Clay Street
Houston, TX 77002


Mueller Water Conditioning, Inc.
Po Box 650998
Dallas, TX 75265


Multicolors Painting
P.O. Box 770154
Houston, TX 77215


Nationwide Eviction
309 E. Morehead St. STE 150
Charlotte, NC 28202


NRG Business
P.O. Box 1532
Houston, TX 77251


Patrick O'Connor & Associates
Dept 523 P.O. Box 4458
Houston, TX 77210


Pleitez Carpet Cleaning
1226 Beaufort Sea Dr
Houston, TX 77067


Premiere Contracting Services
602 Texas Parkway
Missouri City, TX 77489


Pro Energy Partners, LP
PO Box 169
Texas City, TX 77592


Promax Carpet Care LLC.
9898 Almeda Genoa Rd.Unit # 752403
Houston, TX 77075


Real Floors
560 Webb Industrial Drive
Marietta, GA 30062


REALPAGE, INC.
PO Box 842899
Dallas, TX 75284


Redi Carpet
10101 Fountaingate Drive
Stafford, TX 77477

Reliant Energy
PO BOX 650475
Dallas, TX 75265


Rentana Inc.
689 Carlston Ave
Oakland, CA 94610


Republic Services #853
PO BOX 78829
Phoenix, AZ 85062


ResMan
PO Box 4687
Logan, UT 84323


SafeRent Solutions
4600 Regent Blvd. Suite 150
Irving, TX 75063


Sam's Landscaping Service
P.O. Box 8652
Houston, TX 77249


Security System Agreement


Smart Office Automation
8316 Willow Place DR N BLD C1
Houston, TX 77070


Southcross Security Inc.
P.O. Box 742145
Houston, TX 77274


Star Personnel
4606 FM 1960 Rd W Suite 310
Houston, TX 77069


Sunward Flag Company, LLC
7527 Convoy Ct
San Diego, CA 92111


SWA Construction LLC
712 Main St. Floor 6.
Houston, TX 77002


TAA Click & Lease, LLC
PO Box 2379
San Antonio, TX 78298


Texas Apartment Supply, Inc.
36706 Howell Road
Hempstead, TX 77445

Texas Rent Relief
2401 E 6th Street. Ste 3037. PMB 153
Austin, TX 78702


Texpo Energy
5773 WOODWAY DR #311
Houston, TX 77057


The Home Depot Pro-Multifamily
2455 Paces Ferry Road NW.
Atlanta, GA 30339


Towing Service Contract


Valence Docs By Inhabit
P.O. Box 737940
Dallas, TX 75373


Vector Savings Share Invoice
PO Box 845122
Los Angeles, CA 90084


Virtual Leasing Systems
825 Town and Country Ln Ste
Houston, TX 77024


Voltex Security Systems
2855 Mangum Rd Suite A403
Houston, TX 77092


Waste Removal Contract


WS NATIONAL CONSTRUCTION SERVICES, LLC.
10421 Synott Road
Sugar Land, TX 77498


Yep Energy
7660 Woodway Drive. Ste 471A.
Houston, TX 77063


Zillow Group Inc
1301 2nd Avenue - 36th Floor
Seattle, WA 98101